FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JUN 10 2010
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

**RALPH EDDIE LOFTIS**                                                  **PLAINTIFF**

v.                          **CASE NO. 4:10-CV-496 BSM**

**CREDIT ACCEPTANCE CORPORATION
And HOSTO & BUCHAN, PLLC**                              **DEFENDANT**

### DEFENDANTS MOTION TO DISMISS
### AND ANSWER TO PLAINTIFF'S COMPLAINT

Defendants, Credit Acceptance Corporation and Hosto & Buchan, PLLC, ("Defendants"), for their motion to dismiss Plaintiff's Complaint ("Complaint"), states:

1. For the reasons set forth in this motion and the accompanying brief in support of this motion, incorporated herein by this reference, Ralph Eddie Loftis ("Plaintiff") has failed to state a cause of action and his complaint must be dismissed in its entirety.

2. For the reasons set forth in this motion and the accompanying brief in support of this motion, Plaintiffs' claims are barred by Ark. Code Ann. § 16-22-310.

3. For the reasons set forth in this motion and the accompanying brief in support of this motion, Plaintiff has not stated a claim under the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692 et seq.

4. For the reasons set forth in this motion and the accompanying brief in support of this motion, this case should be dismissed pursuant to Fed. Rule Civ. Pro. 12(b)(6).

5. For the reasons set forth in this motion and the accompanying brief in support of this motion, Plaintiffs do not state a cause of action under the Arkansas Deceptive Trade Practices Act.

6. For the reasons set forth in this motion and the accompanying brief in support of this motion, Plaintiff does not state a claim for abuse of process, civil conspiracy, constructive fraud, defamation, negligence or punitive damages under Arkansas law.

7. Defendants are filing a brief in support of this motion to dismiss and incorporates its brief and grounds for dismissal set forth therein into this motion as though set forth fully herein word for word.

WHEREFORE, Defendants, Credit Acceptance Corporation and Hosto & Buchan, PLLC, respectfully requests that this Court grant its motion to dismiss plaintiffs' complaint in its entirety.

## ANSWER

Defendants, Credit Acceptance Corporation and Hosto & Buchan, PLLC, ("Defendants") for its answer to plaintiffs' complaint, states as follows:

1. Deny the allegations contained in paragraph 1 of the complaint.

2. Deny the allegations contained in paragraph 2 of the complaint.

3. Admit the allegations contained in paragraph 3 of the complaint.

4. Admit the allegations contained in paragraph 4 of the complaint.

5. Deny the allegations contained in paragraph 5 of the complaint.

6. Deny the allegations contained in paragraph 6 of the complaint.

7. Deny the allegations contained in paragraph 7 of the complaint.

8. Deny the allegations contained in paragraph 8 of the complaint.

9. Admit the allegations contained in paragraph 9 of the complaint.

10. Admit the allegations contained in paragraph 10 of the complaint.

11. Admit the allegations contained in paragraph 11 of the complaint.

12. Admit the allegations contained in paragraph 12 of the complaint.

13. Deny the allegations contained in paragraph 13 of the complaint.

14. Deny the allegations contained in paragraph 14 of the complaint.

15. Deny the allegations contained in paragraph 15 of the complaint.

16. Admit the allegations contained in paragraph 16 of the complaint.

17. Deny the allegations contained in paragraph 17 of the complaint.

18. Deny the allegations contained in paragraph 18 of the complaint.

19. Admit the allegations contained in paragraph 19 of the complaint.

20. Admit the allegations contained in paragraph 20 of the complaint.

21. Deny the allegations contained in paragraph 21 of the complaint.

22. Deny the allegations contained in paragraph 22 of the complaint.

23. Deny the allegations contained in paragraph 23 of the complaint.

24. Deny the allegations contained in paragraph 24 of the complaint.

25. Deny the allegations contained in paragraph 25 of the complaint.

26. Deny the allegations contained in paragraph 26 of the complaint.

27. Deny the allegations contained in paragraph 27 of the complaint.

28. Defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations of paragraph 28 of the complaint and therefore must deny same.

29. Admit the allegations contained in paragraph 29 of the complaint.

30. Deny the allegations contained in paragraph 30 of the complaint.

31. Admit the allegations contained in paragraph 31 of the complaint.

32. Deny the allegations contained in paragraph 32 of the complaint.

33. Deny the allegations contained in paragraph 33 of the complaint.

34. Deny the allegations contained in paragraph 34 of the complaint.

35. Deny the allegations contained in paragraph 35 of the complaint.

36. Deny the allegations contained in paragraph 36 of the complaint.

37. Deny the allegations contained in paragraph 37 of the complaint.

38. Deny the allegations contained in paragraph 38 of the complaint.

39. Deny the allegations contained in paragraph 39 of the complaint.

40. Deny the allegations contained in paragraph 40 of the complaint.

41. Deny the allegations contained in paragraph 41 of the complaint.

42. Deny the allegations contained in paragraph 42 of the complaint.

43. Deny the allegations contained in paragraph 43 of the complaint.

44. Deny the allegations contained in paragraph 44 of the complaint.

45. Deny the allegations contained in paragraph 45 of the complaint.

46. Deny the allegations contained in paragraph 46 of the complaint.

47. Deny the allegations contained in paragraph 47 of the complaint.

48. Deny the allegations contained in paragraph 48 of the complaint.

49. Deny the allegations contained in paragraph 49 of the complaint.

50. Deny the allegations contained in paragraph 50 of the complaint.

51. Deny the allegations contained in paragraph 51 of the complaint.

52. Deny the allegations contained in paragraph 52 of the complaint.

53. Deny the allegations contained in paragraph 53 of the complaint.

54. Deny the allegations contained in paragraph 54 of the complaint.

55. Deny the allegations contained in paragraph 55 of the complaint.

56. Deny the allegations contained in paragraph 56 of the complaint.

57. Deny the allegations contained in paragraph 57 of the complaint.

58. Defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations of paragraph 58 of the complaint and therefore must deny same.

59. Deny the allegations contained in paragraph 59 of the complaint.

60. Deny the allegations contained in paragraph 60 of the complaint.

61. Deny the allegations contained in paragraph 61 of the complaint.

62. Deny the allegations contained in paragraph 62 of the complaint.

63. Deny the allegations contained in paragraph 63 of the complaint.

64. Deny the allegations contained in paragraph 64 of the complaint.

65. Deny the allegations contained in paragraph 65 of the complaint.

66. Deny the allegations contained in paragraph 66 of the complaint.

67. Deny the allegations contained in paragraph 67 of the complaint.

68. Deny the allegations contained in paragraph 68 of the complaint.

69. Deny the allegations contained in paragraph 69 of the complaint.

70. Deny the allegations contained in paragraph 70 of the complaint.

71. Deny the allegations contained in paragraph 71 of the complaint.

72. Defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations of paragraph 72 of the complaint and therefore must deny same.

73. Deny the allegations contained in paragraph 73 of the complaint.

74. Deny the allegations contained in paragraph 74 of the complaint.

75. Deny the allegations contained in paragraph 75 of the complaint.

76. Deny the allegations contained in paragraph 76 of the complaint.

77. Deny the allegations contained in paragraph 77 of the complaint.

78. Deny the allegations contained in paragraph 78 of the complaint.

79. Defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations of paragraph 79 of the complaint and therefore must deny same.

80. Deny the allegations contained in paragraph 80 of the complaint.

81. Deny the allegations contained in paragraph 81 of the complaint.

82. Deny the allegations contained in paragraph 82 of the complaint.

83. Deny the allegations contained in paragraph 83 of the complaint.

84. Deny the allegations contained in paragraph 84 of the complaint.

85. Deny the allegations contained in paragraph 85 of the complaint.

86. Deny the allegations contained in paragraph 86 of the complaint.

87. Deny the allegations contained in paragraph 87 of the complaint.

88. Deny the allegations contained in paragraph 88 of the complaint.

89. Deny the allegations contained in paragraph 89 of the complaint.

90. Defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations of paragraph 90 of the complaint and therefore must deny same.

91. Deny the allegations contained in paragraph 91 of the complaint.

92. Admit the allegations contained in paragraph 92 of the complaint.

93. Admit the allegations contained in paragraph 93 of the complaint.

94. Admit the allegations contained in paragraph 94 of the complaint.

95. Deny the allegations contained in paragraph 95 of the complaint.

96. Deny the allegations contained in paragraph 96 of the complaint.

97. Deny the allegations contained in paragraph 97 of the complaint.

98. Deny the allegations contained in paragraph 98 of the complaint.

99. Deny the allegations contained in paragraph 99 of the complaint.

100. Deny the allegations contained in paragraph 100 of the complaint.

101. Deny the allegations contained in paragraph 101 of the complaint.

102. Deny the allegations contained in paragraph 102 of the complaint.

103. Defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations of paragraph 103 of the complaint and therefore must deny same.

104. Admit the allegations contained in paragraph 104 of the complaint.

105. Deny the allegations contained in paragraph 105 of the complaint.

106. Deny the allegations contained in paragraph 106 of the complaint.

107. Deny the allegations contained in paragraph 107 of the complaint.

108. Deny the allegations contained in paragraph 108 of the complaint.

109. Deny the allegations contained in paragraph 109 of the complaint.

110. Deny the allegations contained in paragraph 110 of the complaint.

111. Defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations of paragraph 111 of the complaint and therefore must deny same.

112. Deny the allegations contained in paragraph 112 of the complaint.

113. Deny the allegations contained in paragraph 113 of the complaint.

114. Deny the allegations contained in paragraph 114 of the complaint.

115. Deny the allegations contained in paragraph 115 of the complaint.

116. Deny the allegations contained in paragraph 116 of the complaint.

117. Deny the allegations contained in paragraph 117 of the complaint.

118. Deny the allegations contained in paragraph 118 of the complaint.

119. Deny the allegations contained in paragraph 119 of the complaint.

120.   Deny the allegations contained in paragraph 120 of the complaint.

121.   Deny the allegations contained in paragraph 121 of the complaint.

122.   Defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations of paragraph 122 of the complaint and therefore must deny same.

123.   Denies that Plaintiff is entitled to general damages, punitive damages, attorney's fees and/or costs. Further denies that plaintiff is entitled to any relief sought in his complaint.

## AFFIRMATIVE DEFENSES

124.   Plaintiff's complaint fails to state a claim upon which relief may be granted and therefore must be dismissed pursuant to Fed. Rule Civ. Pro. 12(b)(6).

125.   Plaintiff's claims for negligence, constructive fraud, deceptive trade practices, civil conspiracy, and defamation are barred by Ark. Code Ann. § 16-22-310 which grants attorneys immunity from claims made by parties not in privity with them on any claim except for intentional misrepresentations and fraud.

126.   Plaintiff's fail to state a claim on all claims asserted which require actual damages an element, including but not limited to negligence, deceptive trade practices, defamation and constructive fraud.

127.   In the alternative, Defendants plead bona fide error defense.

WHEREFORE, Defendants Credit Acceptance Corporation and Hosto & Buchan, PLLC prays that Plaintiff recover nothing over and against it, and that the complaint filed against it in this cause be dismissed, and, if necessary, it be permitted to plead further thereto, that it be awarded its costs herein expended, including reasonable attorneys' fees, and all other appropriate relief.

Respectfully submitted,

HOSTO, BUCHAN, PRATER
& LAWRENCE P.L.L.C.
Attorneys at Law
P.O. Box 3397
Little Rock, Arkansas 72203
(501) 374-1300

_____
Paul A. Prater, ABN 2001266
Justin A. Hinton, ABN 2010025
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading has been sent this 10th day of June, 2009 to the following parties:

Josh Sanford
One Financial Center
650 S. Shackleford, Ste. 400
Little Rock, AR 72211

_____
Paul A. Prater