IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

---

**RALPH EDDIE LOFTIS**            **PLAINTIFF**

vs.            No. 4:10-CV-496 BSM

**CREDIT ACCEPTANCE CORPORATION**            **DEFENDANTS**
**and HOSTO & BUCHAN, PLLC**

---

### PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS AND ANSWER TO PLAINTIFF'S COMPLAINT

COMES NOW Plaintiff Ralph Eddie Loftis by and through his attorneys Josh Sanford and Amber Schubert of Sanford Law Firm, PLLC, and submits Plaintiff's Response to Defendants' Motion to Dismiss and Answer to Plaintiff's Complaint does hereby state and allege as follows:

1. For the reasons set forth in this Response and the accompanying Brief in Support of Plaintiff's Response to Defendants' Motion to Dismiss Complaint (hereinafter the "Brief"), incorporated herein by this reference, Plaintiff has stated a cause of action upon which relief can be granted.

2. For the reasons set forth in this Response and the accompanying Brief, Plaintiff's claims are not barred by Ark. Code Ann. § 16-22-310.

3. For the reasons set forth in this Response and the accompanying Brief,

Page 1 of 3
Ralph Eddie Loftis v. Credit Acceptance Corporation, et al
U.S.D.C. (Eastern District) Case No. 4:10-CV-496 BSM
Plaintiff's Response to Defendants' Motion to Dismiss
and Answer to Plaintiff's Complaint

Plaintiff has stated a claim under the Fair Debt Collection Practices Act 15 U.S.C. § 1692 et seq.

4. For the reasons set forth in this Response and the accompanying Brief, Plaintiff has stated a claim and this case should not be dismissed pursuant to Fed. Rule Civ. Pro. 12(b)(6).

5. For the reasons set forth in this Response and the accompanying Brief, Plaintiff has stated a cause of action under the Arkansas Deceptive Trade Practices Act.

6. For the reasons set forth in this Response and the accompanying Brief, Plaintiff has stated causes for abuse of process, civil conspiracy, constructive fraud, defamation, negligence or punitive damages under Arkansas law.

WHEREFORE, premises considered, Plaintiff states that for all the reasons set forth above, the Defendants' Motion to Dismiss and Answer to the Plaintiff's Complaint should be denied.

Page 2 of 3
Ralph Eddie Loftis v. Credit Acceptance Corporation, et al
U.S.D.C. (Eastern District) Case No. 4:10-CV-496 BSM
Plaintiff's Response to Defendants' Motion to Dismiss
and Answer to Plaintiff's Complaint

Respectfully submitted,

**PLAINTIFF RALPH EDDIE LOFTIS**

SANFORD LAW FIRM, PLLC
ONE FINANCIAL CENTER
650 S. SHACKLEFORD STE 400
LITTLE ROCK, AR 72211
PHONE: (501) 221-0088
FACSIMILE: (866) 591-4661

JOSH SANFORD
ARK. BAR NO. 2001037
josh@sanfordlawfirm.com

and

AMBER SCHUBERT
ARK. BAR NO. 2009150
amber@sanfordlawfirm.com

BY:   /s/ Josh Sanford
      Josh Sanford
      Ark. Bar No. 2001037

## CERTIFICATE OF SERVICE

I, Josh Sanford, do hereby certify that a copy of the forgoing RESPONSE TO DEFENDANTS' MOTION TO DISMISS has been filed via the CM/ECF system and that the same will send a true and correct copy hereof this 24th day of June, 2010 to the following persons:

Mr. John William Crowe
Hosto & Buchan, PLLC
Post Office Box 3397
Little Rock, Arkansas 72203

/s/ Josh Sanford
**Josh Sanford**

Page 3 of 3
Ralph Eddie Loftis v. Credit Acceptance Corporation, et al
U.S.D.C. (Eastern District) Case No. 4:10-CV-496 BSM
Plaintiff's Response to Defendants' Motion to Dismiss
and Answer to Plaintiff's Complaint