IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

| | |
|---|---|
| **RALPH EDDIE LOFTIS** | **PLAINTIFF** |
| vs. | No. 4:10-CV-496 BSM |
| **CREDIT ACCEPTANCE CORPORATION** and **HOSTO & BUCHAN, PLLC** | **DEFENDANTS** |

## MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff Ralph Eddie Loftis (hereinafter referred to as "Loftis") by and through his attorney Josh Sanford of Sanford Law Firm, PLLC, and in support of his Motion for Voluntary Dismissal with Prejudice, does state as follows:

1. On May 21, 2010 Plaintiff Ralph Eddie Loftis filed a Complaint against Defendants Credit Acceptance Corporation and Hosto Buchan, PLLC.

2. Under Rule 41 of the Federal Rules of Civil Procedure, Plaintiff is entitled to non-suit his claims.

3. It is the desire of Plaintiff to voluntarily dismiss all claims currently pending against Defendants Credit Acceptance Corporation and Hosto Buchan, PLLC.

4. The reason for the instant motion is because the parties have settled their claims.

5. Plaintiff hereby requests that the Court dismiss his Complaint with prejudice.

Page 1 of 2
Ralph Loftis v. Credit Acceptance, et al.
U.S.D.C. Case No. 4:10-CV-496 (BSM)
Motion for Voluntary Dismissal with Prejudice

WHEREFORE, premises considered, Plaintiff Ralph Eddie Loftis respectfully requests that the Court dismiss the present case with prejudice; and for all other good and proper relief to which he may be entitled, whether or not specifically requested herein.

Respectfully submitted,

**RALPH EDDIE LOFTIS, PLAINTFF**

SANFORD LAW FIRM, PLLC
ONE FINANCIAL CENTER
650 S. SHACKLEFORD STE 400
LITTLE ROCK, AR 72211
PHONE: (501) 221-0088
FAX: (888) 787-2040

BY:   /s/ Josh Sanford
      Josh Sanford
      ARK. BAR NO. 2001037
      josh@sanfordlawfirm.com

## CERTIFICATE OF SERVICE

I, Josh Sanford, do hereby certify that on June 10, 2011, a true and correct copy of the foregoing MOTION was served via the CM/ECF system to all counsel of record, who have consented to service in such a manner, including the following persons:

Mr. Paul Prater
Hosto & Buchan, PLLC
Post Office Box 3397
Little Rock, Arkansas 72203

/s/ Josh Sanford
**Josh Sanford**

Page 2 of 2
Ralph Loftis v. Credit Acceptance, et al.
U.S.D.C. Case No. 4:10-CV-496 (BSM)
Motion for Voluntary Dismissal with Prejudice