UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**RALPH EDDIE LOFTIS**                                                                                       **PLAINTIFF**

**v.**                        **CASE NO. 4:10cv00496 BSM**

**CREDIT ACCEPTANCE CORPORATION**
**and HOSTO & BUCHAN, PLLC**                                                          **DEFENDANTS**

## ORDER

Plaintiff Ralph Eddie Loftis moves to dismiss the case due to settlement. [Doc. No. 24]. For good cause shown, the motion is granted. The case is dismissed with prejudice.

IT IS SO ORDERED this 10th day of June, 2011.

_____
UNITED STATES DISTRICT JUDGE